# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

**FRANK SEARCH** and **ROBERT ROSE**,
on behalf of themselves and all others
similarly situated,

        Plaintiffs,

    v.

**MATERIAL TRANSPORT, LLC**,
a domestic corporation, and
**KIMBERLY M. CHERRY**, an individual,

        Defendants.

Docket No.: 4:18-CV-01941-RBH

## AFFIDAVIT OF DAMAGES OF PLAINTIFF FRANK SEARCH

1. My name is Frank Search. I am over eighteen years of age and am competent to testify.

2. I am a named Plaintiff in the above-captioned matter.

3. I make this affidavit based on personal knowledge.

4. From approximately August 2014 until approximately October 2016, I worked as a driver for Defendants Material Transport, LLC, and Kimberly M. Cherry.

5. I worked approximately 52 weeks during the applicable limitations period.

6. During that time, I worked an average of 65 hours per week.

7. Defendants paid me at a rate of $15 per hour when I hauled asphalt.

8. Since I was paid at a regular rate of $15 per hour, I was entitled to an overtime premium of $7.50.

9. During the applicable limitations period, I worked approximately 1,300 hours of overtime, for which I was not paid an overtime premium.

10. Accordingly, I am owed approximately $9,750 by Defendants for my overtime hours during the applicable limitations period.

11. Because Defendants knowingly and willfully failed to pay overtime wages, I am also entitled to the same amount in liquidated damages.

12. Defendants also agreed to pay me 22% of "what my truck earned" when I hauled raw materials.

13. Defendants underpaid me by approximately $10,500 under this agreement.

14. I am therefore owed a total of $30,000 in damages.

15. Defendants are also liable for my attorneys' reasonable fees and expenses, pursuant to 29 U.S.C. § 216(b).

I declare under penalty of perjury that the foregoing statements are true and correct, to the best of my knowledge, recollection, and ability.

Dated: 1/21/2019

DocuSigned by:
Frank Search
BE6FEB5486C24B4...
Frank Search