IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| **FRANK SEARCH** and **ROBERT ROSE**, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**MATERIAL TRANSPORT, LLC**, a domestic corporation, and **KIMBERLY M. CHERRY**, an individual,<br><br>　　　　　　　Defendants. | Docket No.: 4:18-CV-01941-RBH |

## PLAINTIFFS' ATTORNEYS' FEES AND COSTS AFFIDAVIT

The undersigned hereby sets forth a concise statement of the attorneys' fees and costs in this matter:

1.　　I serve as local counsel for Plaintiffs in this matter and, in that capacity, I have spent a total of 5.2 hours, for which I am claiming a total of $1,300. *See* Exhibit A, attached.

2.　　Patrick S. Almonrode, of the law offices of Brown, LLC, has served as lead counsel on this matter, and in that capacity he and other members of his office have spent a total of 20 hours (after the exercise of billing judgment), for which his office is claiming a total of $7,025. His office has also incurred expenses of $578.59. *See* Exhibit B, attached.

3.　　Brown, LLC has a contingent fee arrangement with Plaintiffs.

4.　　As local counsel, my office has an arrangement under which we are to receive 10% of the fee collected by Brown, LLC.

5.　　I am an attorney licensed by the State of South Carolina, practicing in the federal and state courts of South Carolina for five years.

6. Mr. Almonrode is an attorney licensed by the State of New York, and practicing in the courts of that state and in various federal courts nationwide for fifteen years.

7. I affirm under penalty of perjury that the foregoing is true and correct.

Dated: January 31, 2019                    Respectfully submitted,

**DOUGALL & COLLINS**

<u>/s/ Michal Kalwajtys</u>
Michal Kalwajtys (SC Bar # 100950)
1700 Woodcreek Farms Road
Elgin, SC 29045
(803) 865-8858 (office)
(803) 865-8944 (fax)
*mkalwajtys@dougallfirm.com*

*Attorneys for Plaintiffs*
*Frank Search and Robert Rose*

# EXHIBIT A

## DOUGALL & COLLINS
Kalwajtys Timesheet – *Search and Rose v. Material Transport LLC, et al.*

| Date | Description | Hours |
|---|---|---|
| 7/13/18 | Reviewed the complaint; converted to pdf; researched additional documents necessary for filing; attempted filing the complaint; email to Pat regarding initial disclosure and summons. | 1.0 |
| 7/16/18 | Converted Rule 26.01 Answers to Interrogatories; prepared Cover Sheet and Summons; filed all documents with the court electronically. | 1.4 |
| 7/17/18 | Email correspondence with the co-counsel regarding service of process. | 0.1 |
| 8/7/18 | Telephone call from the attorney for the defendants | 0.1 |
| 8/7/18 | Email to the co-counsel regarding defendants retaining counsel. | 0.2 |
| 8/8/18 | Email correspondence with the attorney for the defendants. | 0.2 |
| 9/8/18 | Email correspondence with co-counsel regarding status of the case. | 0.2 |
| 12/17/18 | Telephone conference with co-counsel regarding entry of default. | 0.2 |
| 12/17/18 | E-filed proofs of service with the court. | 0.3 |
| 12/19/18 | Email correspondence with the clerk of court regarding required corrections to filing of the proofs of service. | 0.2 |
| 12/19/18 | Telephone conversation with the clerk of court regarding submission of a notice of filing. | 0.2 |
| 12/19/18 | Drafted and e-filed a notice of filing of the proofs of service in accordance with the clerk's request. | 0.3 |
| 12/22/18 | Revised and converted to PDF the request for entry of default, the affidavit in support of the request for entry of default, and proposed order granting entry of default, and filed them with the court. | 0.9 |
| | **TOTAL HOURS** | **5.2** |
| | @ $250 | **$1,300** |

# EXHIBIT B

## BROWN, LLC
Timesheet – *Search and Rose v. Material Transport LLC, et al.*

| *Date* | *Task* | *Timekeeper* | *Rate* | *Hours* | *Amount* |
|---|---|---|---|---|---|
| 1/30/17 | TC with client (Search) | Almonrode | $350 | 0.5 | $175 |
| 2/27/17 | TC with client (Rose) | Almonrode | $350 | 0.3 | $105 |
| 3/24/17 | Status call with client (Search) | Almonrode | $350 | 0.4 | $140 |
| 6/21/17 | Status call with client (Search) | Almonrode | $350 | 0.1 | $35 |
| 8/21/17 | Lining up local counsel for demand letter; drafting same; TC with client (Search) | Almonrode | $350 | 0.5 | $175 |
| 8/22/17 | Mailing demand letter | Teng | $100 | 0.1 | $10 |
| 9/11/17 | TC to client Search (l/m); TC with John Cherry | Almonrode | $350 | 0.6 | $210 |
| 10/12/17 | Status call with client Search – defendant still in operation | Almonrode | $350 | 0.1 | $35 |
| 6/3/18 | Drafting complaint | Almonrode | $350 | 2.1 | $735 |
| 6/5/18 | Review of file; TCs with clients; continue drafting complaint | Almonrode | $350 | 6.0 | $2,100 |
| 6/6/18 | Transfer call from Rose to PA | Admin | $50 | 0.1 | $5 |
| 6/6/18 | Review draft complaint, send to JTB; draft second demand letter, preservation notice, and proposed tolling agreement | Almonrode | $350 | 1.7 | $595 |
| 6/7/18 | Finalizing demand-letter packets; sending same | Almonrode | $350 | 0.6 | $210 |
| 6/21/18 | Transfer call from John Cherry to PA | Admin | $50 | 0.1 | $5 |
| 6/22/18 | TC to John Cherry; f/u email; write-up in clio; status call with client (Rose) | Almonrode | $350 | 0.7 | $245 |
| 7/13/18 | EM with local attorney re filing | Almonrode | $350 | 0.1 | $35 |
| 7/16/18 | Draft responses to Rule 26.01 interrogatories; send same to local counsel | Almonrode | $350 | 0.8 | $280 |
| 7/18/18 | Arranging service of summons and complaint (Guaranteed Subpoena) | Almonrode | $350 | 0.4 | $140 |
| 8/6/18 | Transfer call from Rose to PA | Admin | $50 | 0.1 | $5 |
| 8/8/18 | Transfer call from Ben Baroody to PA | Admin | $50 | 0.1 | $5 |

| Date | Description | Attorney | Rate | Hours | Total |
|---|---|---|---|---|---|
| 8/8/18 | EM and TC w def counsel Baroody - Defendants are "virtually w/o assets," can (maybe) offer about $2K or default | Almonrode | $350 | 0.2 | $70 |
| 9/4/18 | Incoming call from Robert Rose; message sent to PA | Admin | $50 | 0.1 | $5 |
| 9/4/18 | Incoming call from Ben Baroody; message sent to PA | Admin | $50 | 0.1 | $5 |
| 9/4/18 | TCs with def counsel and client rose | Almonrode | $350 | 0.3 | $105 |
| 9/6/18 | TC w client Rose re trucks on defs' property | Almonrode | $350 | 0.1 | $35 |
| 9/8/18 | TC with local re liens | Almonrode | $350 | 0.1 | $35 |
| 10/11/18 | TC with local re filing proofs-of-service; sending same to local | Almonrode | $350 | 0.2 | $70 |
| 11/1/18 | Status update with JTB (file review) | Almonrode | $350 | 0.1 | $35 |
| 11/1/18 | File review with PA | Brown | $500 | 0.1 | $50 |
| 11/20/18 | Msg from Robert Rose | Admin | $50 | 0.1 | $5 |
| 11/30/18 | Status call with client (Rose) | Almonrode | $350 | 0.1 | $35 |
| 12/12/18 | Status call with client (Rose) | Almonrode | $350 | 0.1 | $35 |
| 12/17/18 | Draft papers for entry of default; TCs w local re same | Almonrode | $350 | 1.6 | $560 |
| 12/20/18 | Research re "made certain by calculation"; revise default docs and send to local for filing | Almonrode | $350 | 1.1 | $385 |
| 1/6/19 | Review file; contact clients re estimated damages (l/m for Search) | Almonrode | $350 | 0.6 | $210 |
| 1/7/19 | TC to client Search re estimated damages | Almonrode | $350 | 0.2 | $70 |
| 1/8/19 | TC with client Search re new email address | Almonrode | $350 | 0.1 | $35 |
| 1/14/19 | EM to client Rose re estimated damages | Almonrode | $350 | 0.1 | $35 |
|  | **TOTAL FEES** |  |  |  | **$7,025** |

| Date | Expense note | | | | Amount |
|---|---|---|---|---|---|
| 6/7/18 | Demand letters sent to two addresses via USPS Priority Mail | | | | $13.10 |
| 7/19/18 | Complaint filing fee plus cost of e-check to local counsel | | | | $400.50 |
| 8/20/18 | Service of subpoena (Guaranteed Subpoena Service) | | | | $164.99 |
| | **TOTAL EXPENSES** | | | | **$578.59** |