# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

**FRANK SEARCH** and **ROBERT ROSE**,
on behalf of themselves and all others
similarly situated,

                Plaintiffs,

    v.                               Docket No.: 4:18-CV-01941-RBH

**MATERIAL TRANSPORT, LLC**,
a domestic corporation, and
**KIMBERLY M. CHERRY**, an individual,

                Defendants.

## NON-MILITARY AFFIDAVIT

The undersigned, being over 18 years of age and competent to testify, states as follows on information and belief:

1. Defendant Kimberly M. Cherry is not in the military service of the United States.

2. Defendant Kimberly M. Cherry is not in the military service of any nation allied with the United States.

3. Defendant Kimberly M. Cherry has not been ordered to report for induction under the Selective Service Training and Service Act.

I HEREBY affirm under penalty of perjury that the facts and statements contained in the foregoing Affidavit were true and correct to the best of my knowledge, information and belief at the time that I made them.

Dated: January 31, 2019                       Respectfully submitted,

                                               **BROWN, LLC**

                                               */s/ Patrick S. Almonrode*
                                               Patrick S. Almonrode
                                               111 Town Square Place, Suite 400

Jersey City, NJ 07310
(877) 561-0000 (office)
(855) 582-5297 (fax)
*patalmonrode@jtblawgroup.com*

*Attorneys for Plaintiffs*
*Frank Search and Robert Rose*

2