AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Frank Search and Robert Rose, on behalf of themselves and all others similarly situated,<br>        Plaintiff,<br><br>v.<br><br>Material Transport, LLC, and Kimberly M. Cherry,<br>        Defendant, | ) ) ) ) ) ) ) ) ) ) <br><br>**CA** 4:18-cv-01941-RBH |

### DEFAULT JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: Default Judgment is entered against defendants, Material Transport, LLC and Kimberly M. Cherry, in favor of Plaintiff Frank Search in the amount of Nineteen Thousand Five Hundred Dollars and 00/100 ($19,500.00) and Plaintiff Robert Rose in the amount of Sixteen Thousand Eight Hundred Dollars and 00/100 ($16,800.00), plus attorney's fees and costs as outlined in the Order, for a total judgment of Forty-Five Thousand Two Hundred Three Dollars and 59/100 ($45,203.59).  Post-judgment interest shall accrue at the legal rate of 2.56%.

This action was *(check one)*:
☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.
☐ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable R. Bryan Harwell, United States District Judge, who grants plaintiffs' Motion for Default Judgment.

CLERK OF COURT, Robin L. Blume

February 12, 2019                                                    By: s/Leah Suttles, Deputy Clerk